UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NO. 5:11-CT-3083-FL

SCOTTIE McKINLEY BANKS,
    Plaintiff,

v.

COUNTY OF BEAUFORT; BEAUFORT
COUNTY SHERIFF R. ALAN JORDAN in
individual capacity and official capacity
as Sheriff of Beaufort County; OFFICER
PHILLIP SHANKS, in individual capacity
and official capacity as a detention officer
of the Beaufort County Sheriff's
Department; OFFICER JOHN DOE                         ORDER
COOPER, in individual capacity and
Official capacity as a detention officer of
the Beaufort County Sheriff's Department;
SARGEANT JOHN DOE VOLVIA, in
Individual capacity and official capacity as
a detention officer of the Beaufort County
Sheriff's Department; CAPTAIN PAT
SAUNDERS, in individual capacity and
official capacity as a detention officer of
the Beaufort County Sheriff's Department;
JANE DOE, individual capacity and
official capacity as a Nurse of Jail Health
Services of the Beaufort County Detention
Center of the Beaufort County Sheriff's
Department; and BEAUFORT COUNTY
SHERIFF'S DEPARTMENT;
    Defendants.

    NOW ORDERS THE COURT based on the consent of the parties to Remand this case back to State Court. The Court also determines that no Federal Claims arise out of this action leaving only State Court issues to be resolved. Therefore the Motion to Remand is allowed.

SO ORDERED, this the 1st day of December, 2011.

_____
LOUISE W. FLANAGAN
United States District Judge